Terri R. Brown, Esq. (IN #26279-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LESLIE SMITH,<br>     Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,;<br>EQUIFAX, INC.; TRANSUNION, LLC;<br>AMERICAN EXPRESS COMPANY;<br>JPMORGAN CHASE BANK; HSBC BANK USA,<br>NATIONAL ASSOCIATION; WESCOM<br>CENTRAL CREDIT UNION; BANK OF<br>AMERICA, NATIONAL ASSOCIATION; and<br>DOES 1 THROUGH 100 inclusive;<br>     Defendants. | CASE NO. 5:16-cv-02192-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Leslie Smith, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: August 5, 2016

s/ Joseph B. Angelo
Scott J. Sagaria, Esq.
Elliot W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  408-279-2288
Fax:  408-279-2299
E-Mail: sjsagaria@sagarialaw.com
           egale@sagarialaw.com
           jangelo@sagarialaw.com
           sjohnson@sagarialaw.com

*Counsel for Plaintiff, Leslie Smith*

Date: August 5, 2016

s/ Terri R. Brown
Terri R. Brown, Esq.  (IN #26279-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:16-CV-02192-EJD**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice.  Plaintiff Leslie Smith and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____     _____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Elliot W. Gale, Esq.<br>egale@sagarialaw.com | Adam F. Summerfield, Esq.<br>asummerfield@mcguirewoods.com |
| Alexandra A. McDonald, Esq.<br>amcdonald@jonesday.com | Julieta Stepanyan, Esq.<br>jstepanyan@stroock.com |
| Terri R. Brown, Esq.<br>tbrown@schuckitlaw.com | Lauren E. Tate, Esq.<br>ltate@tateandassociates-law.com |
| Paul A. Grammatico, Esq.<br>paul.grammatico@kattenlaw.com | Joseph Brian Angelo, Esq.<br>jangelo@sagarialaw.com |
| Scott J. Sagaria, Esq.<br>sjsagaria@sagarialaw.com | Scott M. Johnson, Esq.<br>sjohnson@sagarialaw.com |