SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SMITH, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:16-cv-02192-EJD <br><br> STIPULATION TO DISMISS DEFENDANT HSBC BANK USA, N.A.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Leslie Smith and defendant HSBC Bank USA, N.A. ("HSBC"), that HSBC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT HSBC; PROPOSED ORDER - 1

DATED:  December 13, 2016	Sagaria Law, P.C.

By: _____*/s/ Elliot W. Gale*_____
       Elliot W. Gale
Attorneys for Plaintiff
Sherry Skyrud


DATED:  December 13, 2016	Katten Muchin Rosenmann LLP



By: _____*/s/ Austin T. Beardsley*_____
       Austin T. Beardsley
Attorneys for Defendant
HSBC Bank USA, National Association




I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Austin T. Beardsley has concurred in this filing.

*/s/ Elliot Gale*


### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant HSBC is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.


DATED:_____	_____
	Edward J. Davila
	UNITED STATES DISTRICT JUDGE