SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LESLIE SMITH,<br><br>                    Plaintiff,<br><br>     v.<br><br><br>  EXPERIAN INFORMATION<br>SOLUTIONS, INC.; et. al.,<br><br><br><br>                    Defendants. | Case No.: 5:16-CV-02192-EJD<br><br>STIPULATION TO DISMISS DEFENDANT<br>BANK OF AMERICA, N.A.; PROPOSED<br>ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

     IT IS HEREBY STIPULATED by and between plaintiff Leslie Smith and defendant

Bank of America, N.A., that Bank of America, N.A. be dismissed from this action with prejudice

pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its

own attorneys' fees and costs.

//

//

DATED:  January 18, 2017          Sagaria Law, P.C.

                                  By:  _____
                                           */s/ Elliot W. Gale*
                                           Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Leslie Smith


DATED:  January 18, 2017          McGuire Woods LLP



                                  By:  _____
                                           */s/ Adam Summerfield*
                                           Adam Summerfield
                                  Attorneys for Defendant
                                  Bank of America, N.A.




I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Adam Summerfield has concurred in this filing.

*/s/ Elliot Gale*


# **[PROPOSED] ORDER**

        Pursuant to the stipulation of the Parties, Defendant Bank of America, N.A. is dismissed with prejudice.

        IT IS SO ORDERED.



DATED:_____          _____

                                  EDWARD J. DAVILA

                                  UNITED STATES DISTRICT JUDGE