Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| LESLIE SMITH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　　Defendants. | Federal Case No.: 5:16-cv-02192-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WESCOM CENTRAL CREDIT UNION; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　IT IS HEREBY STIPULATED by and between plaintiff Leslie Smith and defendant Wescom Central Credit Union, that Wescom Central Credit Union be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

| | |
|---|---|
| DATED:  May 24, 2017 | Sagaria Law, P.C. |
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Leslie Smith |
| | |
| DATED: May 24, 2017 | Wilson Elser Moskowitz Edleman and Dicker |
| | |
| | By: _/s/Aaron David Langberg_ |
| | Aaron David Langberg |
| | Attorneys for Defendant |
| | Wescom Central Credit Union |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Aaron David Langberg has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Wescom Central Credit Union is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs

IT IS SO ORDERED.

DATED:_____

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE